# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>THE PROCEEDS FROM THE SALE OF A CONDOMINIUM LOCATED AT THE RITZ-CARLTON et al.,<br><br>Defendant(s). | No. SA CV 15-1110-JVS (DFMx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings and recommendations of the Magistrate Judge.

///
///
///
///
///
///

   IT IS HEREBY ORDERED that the Government's motion to dismiss the Claimants' claims (Dkt. 213) be GRANTED subject to the following: Each Claimant shall have thirty (30) days from the date of this Order to appear for their respective depositions. Any Individual Claimant or Corporate Claimant that does not complete their deposition within that timeframe shall have their claims dismissed from this action under Fed. R. Civ. P. 37.

Date: August 11, 2021

              _____
              JAMES V. SELNA
              United States District Judge